UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-79-F-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM JOSEPH BARFIELD | ORDER TO SEAL |

This matter is before the Court on Defendant Adam Joseph Barfield's Motion to Seal the pleading filed on 25 August 2015 at D.E. #340. For good cause shown, it is ordered that Defendant's Motion to Seal is ALLOWED.

This the 25ᵃ day of August, 2015.

*James C. Fox*
HONORABLE JAMES C. FOX
SENIOR U.S. DISTRICT JUDGE