IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00079-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADAM JOSEPH BARFIELD, | ) | |
| Defendant. | ) | |

This matter is before the court on Adam Joseph Barfield's Motion to Seal [DE-424]. For good cause shown, Barfield's Motion to Seal is ALLOWED. Docket entry [DE-423] shall be sealed. Docket entry [DE-424] must also be sealed because defense counsel failed to comply with CM/ECF Policies and Procedures Manual Section T(1)(a)3.

SO ORDERED.

This, the 11 day of May, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge