IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00079-F-3
No. 5:16-CV-00830-F

| | |
|---|---|
| ADAM JOSEPH BARFIELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon Respondent's Motion to Seal, it is hereby

ORDERED that Exhibit A [DE-470] to Respondent's motion to dismiss is sealed.

This _____14_____ day of November, 2016.

_____
JAMES C. FOX
Senior United States District Court Judge